IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUY CHRISTOPHER JOHNSON,<br><br>Defendant. | Case No. CR-20-84-BLG-SPW<br><br>ORDER ALLOWING DEFENDANT TO APPEAR IN PERSON FOR CHANGE OF PLEA HEARING |

Upon the Defendant's Unopposed Motion for Leave to Appear in Person for Change of Plea Hearing (Doc. 23), and for good cause appearing,

**IT IS HEREBY ORDERED** that Defendant shall be allowed to appear in person for his change of plea hearing.

**IT IS FURTHER ORDERED** that the hearing presently set VIA VIDEO from Cascade County Detention Center in Great Falls, MT on Monday, November 2, 2020 at 4:00 p.m. is **VACATED** and **RESET** for an in-person hearing on **Monday, November 2, 2020 at 3:00 p.m.** in the Snowy Mountains Courtroom of the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk of Court is to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 26th day of October, 2020.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE