IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GUY CHRISTOPHER JOHNSON, <br><br> Defendant. | CR 20-84-BLG-SPW <br><br><br> ORDER |

Upon the United States' Motion to Dismiss with Prejudice Forfeiture Allegation (Doc. 35) contained in the indictment, and for good cause shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the indictment is **DISMISSED with prejudice**.

DATED this 24th day of March, 2021.

SUSAN P. WATTERS
United States District Court Judge

1